**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

JACQUELINE CORNETTE,        :    No. 737 MAL 2015

         Respondent        :

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court

         v.                    :

DAVID H. GRACE,            :

         Petitioner          :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal and ancillary matter are **DENIED**.


     Mr. Justice Eakin did not participate in the decision of this matter.